**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    Robert Greenbaum    :    Chapter 13
:
Debtor.    :    Bankruptcy No.  17-12874 (SR)

**PRAECIPE TO WITHDRAW CLAIM # 5**
**OF CHELTENHAM SCHOOL DISTRICT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim # 5 of Cheltenham School District.

**PORTNOFF LAW ASSOCIATES, LTD.**

By:   /s/ James R. Wood, Esquire
James R. Wood, Esquire
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406
(484) 690-9341
Attorney for Cheltenham School District

Dated:  August 29, 2017