# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:	Robert Greenbaum	:	Chapter 13
		:
	Debtor.	:	Bankruptcy No.  17-12874 (SR)

## PRAECIPE TO WITHDRAW CLAIM # 6
## OF TOWNSHIP OF CHELTENHAM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim # 6 of Township of Cheltenham.

**PORTNOFF LAW ASSOCIATES, LTD.**

By:	/s/ James R. Wood, Esquire
	James R. Wood, Esquire
	2700 Horizon Drive, Suite 100
	King of Prussia, PA 19406
	(484) 690-9341
	Attorney for Township of Cheltenham

Dated:  August 29, 2017