# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Robert Greenbaum          :     Chapter 13
                                     :
           Debtor.                   :     Bankruptcy No.  17-12874 (SR)

## PRAECIPE TO WITHDRAW CLAIM # 7
## OF TOWNSHIP OF CHELTENHAM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim # 7 of Township of Cheltenham.

**PORTNOFF LAW ASSOCIATES, LTD.**


By:   /s/ James R. Wood, Esquire
      James R. Wood, Esquire
      2700 Horizon Drive, Suite 100
      King of Prussia, PA 19406
      (484) 690-9341
      Attorney for Township of Cheltenham


Dated:  August 29, 2017