United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Greenbaum  
    Debtor

Case No. 17-12874-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 2    Date Rcvd: Sep 21, 2017  
                  Form ID: pdf900    Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.

```
db          +Robert Greenbaum,    8301 Cedar Road,    Elkins Park, PA 19027-2132
aty         +I. DOMINIC SIMEONE,    Simeone and Raynor,    1522 Route 38,    Cherry Hill, NJ 08002-2214
cr          +Township of Cheltenham and Cheltenham School Distr,    c/o Portnoff Law Associates, Ltd.,
              P.O. Box 3020,    Norristown, PA 19404-3020
13906718   #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
13906719    +Berkley Condominium Association,    c/o Hyberg White & Mann,    Executive Plaza, Suite 105,
              2111 New Road,    Northfield, NJ 08225-1512
13906720    +Brett Solomon, Esquire,    Tucker Arensburg, PC,    One PGB Place, #1500,
              Pittsburgh, PA 15222-5413
13906722    +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
13940953    +Cheltenham School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
13906723     Cheltenham School District,    9230 York Road,    Elkins Park, PA 19027
13906724    +Cheltenham Township,    c/o Portnoff Law Associates LTD,    1000 Sandy Hill Road, Suite 150,
              Norristown, PA 19401-4181
13906726    +Milstead & Associates, LLC.,    1 East Stow Road,    Marlton, NJ 08053-3118
13906727    +Montgomery County Tax Claim Bureau,    P.O. Box 311,    Norristown, PA 19404-0311
13906728    +Ocwen Loan Servicing, LLC,    12650 Ingenuity Drive,    Orlando, FL 32826-2703
13972925    +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13906733    +PNC Bank, N.A.,    One PNC Plaza,    249 Fifth Avenue,    Pittsburgh, PA 15222-2707
13906730    +Parker McKay,    9000 Midlantic Drive, Suite 300,    P.O. Box 5054,    Mount Laurel, NJ 08054-5054
13906731     Phelan, Hallinan Diamond & Jones , LLP,    Bankruptcy Department,    1617 JFK Boulevard,
              One Penn Center, Ste 1400,    Philadelphia, PA 19103-1814
13906732    +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13906734    +Portnoff Law Associates,    c/o Cheltenham Township School District,    P.O. Box 3020,
              Norristown, PA 19404-3020
13906735    +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
13906736    +Specialized Loan Servicing,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
              Highlands Ranch, CO 80129-2386
13966134    +The Berkley Condominium Association,    c/o I. DOMINIC SIMEONE,    Simeone and Raynor,
              1522 Route 38,    Cherry Hill, NJ 08002-2214
13940955    +Township of Cheltenham,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
13906737    +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
13924785    +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13986660     U.S. Bank National Association, et al,    c/o Ocwen Loan Servicing, LLC,
              Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
13906738    +US Bank, N.A.,    1100 Virginia Drive,    Fort Washington, PA 19034-3276
13906739     US Bank, N.A.,    c/o Parker McKay, PA,    9000 Midlantic Drive, Suite 300,
              Margate City, NJ 08402
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: bankruptcy@phila.gov Sep 22 2017 01:40:44     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 22 2017 01:40:28     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2017 01:56:06     Orion (VERIZON),
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13906721    +E-mail/Text: bankruptcy@cavps.com Sep 22 2017 01:40:26     Calvary Portfolio Services,
              500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
13983279    +E-mail/Text: bankruptcy@cavps.com Sep 22 2017 01:40:27     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13906725    +E-mail/Text: cio.bncmail@irs.gov Sep 22 2017 01:39:57     Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
13908002    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2017 01:46:01
              Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
13906729     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2017 01:40:14     PA Dept of Revenue,
              Bureau of Compliance,    Dept 280946,    Harrisburg, PA 17128-0946
13907636    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2017 01:45:35
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13916911     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2017 01:40:14
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
13958664     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 22 2017 01:46:31     Verizon,
              by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 11
```

```
District/off: 0313-2          User: ChrissyW             Page 2 of 2                  Date Rcvd: Sep 21, 2017
                              Form ID: pdf900            Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA   17128-0946
cr*           +Cheltenham School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
cr*           +Township of Cheltenham,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
13955640*     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                             TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Cheltenham jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Cheltenham and Cheltenham School
               District jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Cheltenham School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust
               2005-HE3 bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN    on behalf of Debtor Robert  Greenbaum scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank National Association, et al
               pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

ROBERT GREENBAUM
                                                                    : Bankruptcy No. 17-12874SR
           Debtor(s)                                                : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____  9/20/17
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

SCOTT F WATERMAN ESQ
110 WEST FRONT ST
MEDIA PA 19063-

ROBERT GREENBAUM
8301 CEDAR ROAD
ELKINS PARK,PA.19027